RECEIVED

MAR 1 0 2016

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Marina E. Austin
Name
Po Box 20425
Mailing address
Juneau, Ak. 99802
City, State, Zip
907-780-6058
Telephone

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Marina Elaine Austin,
(Enter full name of plaintiff in this action)

                    Plaintiff,

vs.

Christofeber Orman  Attorny's for,

Michael Lessmeier,

City a Borough of Juneau,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                    Defendant(s).

Case No. __ . ____ _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Marina E. Austin,
(print your name)

who presently resides at Po Box 20425   Juneau, AC.,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Christopher F Orman #1011099* is a citizen of
*Alaska*, and is employed as a *Attorney CBJ*.
  (state)                (name)         (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Michael L. Lessmeier* is a citizen of
*Alaska*, and is employed as a *Attorney for Hospital*.
  (state)                (name)         (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
                             (name)
_____, and is employed as a_____.
   (state)                         (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 1:16-cv-00007-SLG   Document 1   Filed 03/10/16   Page 2 of 7

Claim 1: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I think I put the wrong date, if my
accident. On the bus, I'm sure it was Oct. 28, 13,
they had my appple papers, for 6 month at,
the appeals. I thought it would go through.
But it didn't. So, It's been going on so
long; I forgot the right date. On the
date of 10-28-13, I fell on the bus, because
the bus driver turned, And I fell not holding
the Arm holder; But I reached for it but fell. The
bus driver, called for an ambulance, but, they didn't,
carry me, but held my arms, In a way that was,
go cause I didn't die.. They put me on,
oxygen, d I kep talking it off, CO3 I
thought I was getting surgery or something.
They took me to the Hospital I was,
there only for one hour, d they made me leave,
My boy Ethan got me. Then, d took me,
Home, I brearly remember, anything else..
I Know I was in a lot off pain, thou.

See attached notes: 10 pages

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Case 1:16-cv-00007-SLG   Document 1   Filed 03/10/16   Page 4 of 7

Claim 3: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

**D. Previous Lawsuits** n/A

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ $4,000,000, would like at least $2,000,000.

3. An order requiring defendant(s) to _____

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at ___Juneau, Alaska___ on ___Mar. 10, 16___
                 (Location)                      (Date)

___Marina E. Gustin___
       (Plaintiff's Original Signature)

___None___                _____
  Original Signature of Attorney (if any)           (Date)

_____

_____

_____

Attorney's Address and Telephone Number