**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

MARINA E. AUSTIN,
     Plaintiff,

Case Number 1:16-cv-00007-SLG

v.

CHRISTOPHER ORMAN, et al.,
     Defendants.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     THAT this case is DISMISSED, as required by 28 U.S.C. 1915(E)(2)(B), with prejudice.

APPROVED:

s/Sharon L. Gleason
SHARON L. GLEASON
United States District Judge

Date: March 28, 2016

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

     Lesley K. Allen
     Lesley K. Allen,
     Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}