UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARINA AUSTIN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CHRISTOPHER ORMAN; et al.,<br><br>        Defendants - Appellees. | No. 16-35269<br><br>D.C. No. 1:16-cv-00007-SLG<br>U.S. District Court for Alaska, Juneau<br><br>**MANDATE** |

The judgment of this Court, entered August 16, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

                              By: Jessica F. Flores Poblano
                              Deputy Clerk
                              Ninth Circuit Rule 27-7